**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BACHITAR SINGH,

    Petitioner,

v.                                                                                                 Civ. No. 25-1110 JB/KK

KRISTI NOEM, Secretary of Homeland
Security; PAMELA BONDI, U.S. Attorney
General; TODD LYONS, Acting Director
of Immigration and Customs Enforcement;
MARY DE ANDA-YBARRA, El Paso
Field Office Director; DORA CASTRO,
Warden of the Otero County Processing
Center,

    Respondents.

**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND DIRECTING SERVICE**

THIS MATTER is before the Court on Petitioner Bachitar Singh's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) ("Motion"), filed November 7, 2025. The Honorable James O. Browning referred this case to me on November 10, 2025, "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case," as authorized by 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990). (Doc. 3.)

Under Federal Rule of Civil Procedure 65(b)(1), the Court "may issue a temporary restraining without written or oral notice to the adverse party" only if the following two requirements are satisfied:

1

> (A) [S]pecific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Here, Petitioner's counsel has certified in writing "that on November 7, 2025, a copy of this motion and all exhibits is being served by certified mail return receipt requested to the United States Attorney's Office for the District of New Mexico." (Doc. 2 at 20.) At the time of this Order, Respondents have not been served with Petitioner's Section 2241 Petition and the Court has ordered service to be effectuated by November 17, 2025. (Doc. 4.) The Court hereby ORDERS Petitioner to serve the Motion (Doc. 2) on each of the individual Respondents and to file a certificate of service on the docket once this has been completed. The Clerk of Court is also directed to provide a courtesy copy of this Order and Petitioner's Motion (Doc. 2) to the Civil Division Chief of the United States Attorney's Office for the District of New Mexico.

It is hereby ORDERED that the Court will conduct a hearing on Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) on **Thursday, November 20, 2025, at 2:00 p.m.** at the Pete V. Domenici United States Courthouse, 440 Hondo Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque, New Mexico.[1] Petitioner's counsel and a representative from the United States Attorney's Office for the District of New Mexico must attend in-person unless otherwise ordered.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will entertain timely motions by counsel requesting leave to appear remotely via Zoom.